JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SMITH,<br><br>    Petitioner,<br><br>  v.<br><br>CONNIE GIPSON, Warden,<br><br>    Respondent. | Case No. EDCV 13-0553 JVS (PVC)<br><br>**ORDER DISMISSING ACTION AS MOOT** |

  The Court stayed this state prisoner habeas action on June 8, 2018 pursuant to *Rhines v. Weber*, 544 U.S. 269, 276 (2005). (Dkt. No. 120). On September 17, 2020, Petitioner's counsel filed a Status Report and Request for Dismissal of the Case as Moot, informing the Court that Petitioner passed away on July 28, 2020 and that his pending petition in the California Supreme Court has been dismissed as moot. (Dkt. No. 144). The request is GRANTED. This action is hereby DISMISSED as moot.

DATED: September 18, 2020

                 /s/ James V. Selna
                 JAMES V. SELNA
                 UNITED STATES DISTRICT JUDGE